UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| MARGARET MALVESTI, <br><br> *Plaintiff,* <br><br> v. <br><br> NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., and NOVO NORDISK PHARMACEUTICAL INDUSTRIES LP, <br><br> *Defendants*. | Case No. 3:25-cv-08018-ZNQ-RLS <br><br> Civil Action <br><br> Judge Zahid N. Quraishi <br> Magistrate Judge Rukhsanah L. Singh |

**[ ORDER OF DISMISSAL OF OTHER NOVO ENTITIES**

THIS MATTER, having come before the Court upon the stipulation of Plaintiff Margaret Malvesti and Defendants, and the Court having reviewed the stipulation and finding good cause, IT IS HEREBY ORDERED that:

1. Pursuant to the terms of the stipulation agreed to by the parties, all claims against Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries LP (collectively, "Other Novo Entities") are hereby dismissed without prejudice.

2. This dismissal shall not affect Plaintiff's claims against Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Defendants"), which remain pending in this action.

3. The terms of the stipulation shall govern the parties' obligations with respect to discovery and any other agreements regarding the dismissed Other Novo Entities.

4. Each party shall bear its own costs and attorneys' fees related to the dismissal of the Other Novo Entities.

**IT IS SO ORDERED.**

**Honorable Zahid N. Quraishi**
**United States District Judge**

7/25/2025